**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joveneto Monzello TINSLEY, a/k/a**
**Jo Jo, Defendant–Appellant.**

No. 00–6812.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2000.

Decided Jan. 5, 2001.

Joveneto Monzello Tinsley, pro se. William Kenneth Witherspoon, Office of the United States Attorney, Columbia, SC, for appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Joveneto Monzello Tinsley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Tinsley,* Nos. CR–98–111; CA–99–2882–10 (D.S.C. May 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*